SCOTT N. SCHOOLS (SCN 9990)
United States Attorney

ORIGINAL FILED

07 JUL 31 PM 3:17

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07 00497 |
| Plaintiff, | VIOLATIONS: Title 50, U.S.C. Section 1705(b) – Violation of Export Administration Regulations Regarding Exports to China |
| v. | |
| FUNG YANG, | SAN JOSE VENUE |
| Defendant. | |

INFORMATION

The United States Attorney charges that:

I. BACKGROUND

1. At all times relevant to this Information:

   a. The United States Department of Commerce has the authority to regulate the exportation of goods and technology from the United States to foreign countries. The Department of Commerce, through its Bureau of Export Administration, regulates the exportation of goods such as microwave amplifiers from the United States.

b.    The Export Administration Act authorizes the Secretary of Commerce to prohibit or curtail the export of any goods, technology or software as necessary to protect the national security, foreign policy, nonproliferation, and short supply interests of the United States. The Secretary of Commerce implements the authority provided by the Export Administration Act through the promulgation of regulations known collectively as the Export Administration Regulations.

c.    The Export Administration Act lapsed on August 20, 1994. However, the President of the United States, by virtue of the International Emergency Economic Powers Act, has annually invoked his authority to continue the Export Administration Regulations through issuance of annual executive orders. By virtue of these Executive Orders, the Export Administration Regulations have been reiterated and renewed since 1994, and remained in effect throughout the time of the events of this Information.

d.    The Export Administration Regulations prohibit the exportation of goods such microwave amplifiers from the United States unless authorized by the United States Department of Commerce. The regulations further prohibit any transaction evading or avoiding, or which has the purpose of evading or avoiding, the Export Administration Regulations, including the failure to file a shippers' export declaration for the export of commodities, and the making of false or misleading statements or concealing a material fact in the course of the submission of documents relating to an exportation of goods.

e.    Excellence Engineering Electronics ("EEE"), was a California corporation with offices in San Bruno, California, and engaged in the business of buying and selling microwave and satellite communications components and equipment.

f.    Defendant Fung Yang was the President of EEE, and in charge of day-to-day business activity of that company.

1  COUNT ONE: (50 U.S.C. § 1705(b); 15 C.F.R. §§ 736.2 and 764.2;  E.O. 12924 and 13059)

2         On or about November 27, 2002, in the County of San Mateo, Northern District of
3  California, and elsewhere, the defendant

4                              FUNG YANG

5  willfully exported 100 Velocium ALH-376 microwave integrated circuits, controlled under ECCN
6  3A001 and valued at $3,885, to Mainland China, by means of UPS blue service through Hong
7  Kong, PRC, without having first obtained the required authorization of the Department of
8  Commerce; in violation of Title 50, United States Code, Section 1705(b), Executive Orders 12924
9  and 13059, and 15 Code of Federal Regulations Sections 736.2(b)(1), 764.2(a), 764.2(b),
10 764.2(e), and 764.2(h).

12 DATED: 7/31/07

                                    SCOTT N. SCHOOLS
                                    United States Attorney

                                    MATTHEW PARRELLA
                                    Chief, San Jose Branch Office

18 Approved as to form:
19                     AUSA NEDROW
                       AUSA YEN

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

COUNT ONE: Title 50, U.S.C. § 1705(b) - Violation of Export Administration Regulations Regarding Exports to China

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
10 years Imprisonment
3 year supervised release
$250,000 Fine
$100 special assessment

CR 07 00497 JF

**DEFENDANT - U.S.**
▶ FUNG YANG

**DISTRICT COURT NUMBER**

*ORIGINAL FILED*
*07 JUL 31 PM 3:16*
*RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NO. DIST. OF CA*

---

## PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
S/A Mike Zaborowski - U.S.D.C.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y    ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**    SCOTT N. SCHOOLS
☒ U.S. Att'y    ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**    SHAWNA YEN

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: